CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 08 2016

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KRISTOPHER M. GUPTON, | CASE NO. 7:15CV00214 |
| Plaintiff, | |
| v. | FINAL ORDER |
| MR. B. WRIGHT, ET AL., | By: Glen E. Conrad |
| Defendants. | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. The clerk **SHALL** amend the court's docket to correct the spelling of Defendant "Feltz" name to "Felts";

2. The motion for summary judgment (ECF No. 31), is **GRANTED**; plaintiff's claims for injunctive and declaratory relief are **DISMISSED** without prejudice as moot; and his remaining claims against the following defendants are **DISMISSED** with prejudice: Wright, Booker, Horton, Robinson, Locust, Cei, Walz, Felts, and Morrison;

3. Plaintiff's claims against the unrepresented defendants, Walls and John Doe, are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and

4. The clerk **SHALL** strike this case from the active docket of the court.

ENTER: This 6th day of February, 2016.

_____
Chief United States District Judge